**DISMISS and Opinion Filed March 18, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01074-CV

**MARTA DANYLYK, HELMUT HOFER, AND SOFIJA HOFER, Appellants**

**V.**

**CITY OF EULESS, SELF-INSURED, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01243-2017**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Seeking to appeal the trial court's interlocutory order denying their plea to the jurisdiction, appellants have filed a petition for permissive appeal. *See* TEX. R. APP. P. 28.3.

After considering the petition, response, and reply, we deny the petition and dismiss the appeal for want of jurisdiction.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); TEX. R. APP. P. 42.3(a); *Feagan v. Wilson*, No. 11-21-00032-CV, 2021 WL 1134804, at \*1-2 (Tex. App.—Eastland Mar. 25, 2021, no pet.) (mem. op.).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


211074F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MARTA DANYLYK, HELMUT HOFER, AND SOFIJA HOFER, Appellants

No. 05-21-01074-CV     V.

CITY OF EULESS, SELF-INSURED, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas Trial Court Cause No. 366-01243-2017.

Opinion delivered by Chief Justice Burns, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee City of Euless, Self-Insured recover its costs, if any, of this appeal from appellants Marta Danylyk, Helmut Hofer, and Sofija Hofer.

Judgment entered March 18, 2022